*Monday, May 10, 1999*

## MOTION DOCKET

**98–1483.  State v. Jones.**
Ashtabula C.P. No. 97CR221. This cause is pending before the court as an appeal from the Court of Common Pleas of Ashtabula County. Upon consideration of appellant's motion to supplement the record,

IT IS ORDERED by the court that the motion to supplement the record be, and hereby is, granted.

*Tuesday, May 11, 1999*

## MOTION DOCKET

**95–550.  State ex rel. George v. Internal Revenue Serv.**
In Mandamus. This cause came on for further consideration upon relator's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

**97–1596.  Smith v. Walker.**
In Habeas Corpus. This cause came on for further consideration upon petitioner's request for findings of fact/conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request for findings of fact/conclusions of law be, and hereby is, denied.

**97–2405.  State v. Schirtzinger.**
Delaware App. No. 97CAA05015. This cause came on for further consideration upon appellee's motion to clarify court order/decision. Upon consideration thereof,

IT IS ORDERED by the court that the motion to clarify court order/decision be, and hereby is, denied.

**98–587.  Penrod v. Bendolph.**
In Habeas Corpus. This cause came on for further consideration upon petitioner's motion to clarify court order/decision. Upon consideration thereof,

IT IS ORDERED by the court that the motion to clarify court order/decision be, and hereby is, denied.

*Wednesday, May 12, 1999*

## MERIT DOCKET

**99–470.  State ex rel. Hammitt v. Jensen.**
In Mandamus. On answer of respondent and motion for judgment on pleadings. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., would deny the writ as moot.

RESNICK, J., not participating.

**99–611.  State ex rel. Childs v. Wingard.**
In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–622.  Justice v. Konteh.**
In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.